UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 1 1 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  **4:13CR367 RWS/SPM** ) |
| MELVIN PRYOR, | ) ) |
| Defendant. | ) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 30, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**MELVIN PRYOR,**

the Defendant herein, having been convicted previously, in a court of law, of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
PATRICK T. JUDGE, #39676MO
Assistant United States Attorney